# United States District Court
## Southern District of Georgia

UNITED STATES OF AMERICA,
        Plaintiff,

V.

Approximately Thirteen Pit Bull-Type Dogs
Seized From 362 Narcy Stafford Road
Glenville, Georgia,
        Defendants.

JUDGMENT IN A CIVIL CASE

CIVIL ACTION NO: 2:22-cv-115

__ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

✓ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

It IS ORDERED AND ADJUDGED that, pursuant to the Order of the Court dated January 23, 2023, Plaintiff's Motion for Default Judgment and Final Order of Forfeiture is granted. Default Judgment and Final Order of Forfeiture is entered against the following 13 dogs seized from 362 Narcy Stafford Road in Glenville, Georgia: (1) USM-665: an underweight brown male pit bull-type dog; (2) USM-666: an underweight black and white mail pit bull-type; (3) USM-667: a black and white female pit bull-type; (4) USM-668: a black and white female pit bull-type dog; (5) USM-669: a tan female pit bull-type dog; (6) USM-670: a black with white female pit bull-type; (7) USM-671: a brindle and white male pit bull-type; (8) USM-672: a brindle female pit bull-type dog; (9) USM-673: a tan mail pit bull-type dog; (10) USM-674: a tan and brown pit bull-type dog; (11) USM-675: a tan male pit bull-type dog; (12) USM-676: a brown and tan female pit bull-type dog; (13) USM-677: an underweight tan and white male pit bull-type dog. The Defendants

Dogs are hereby forfeited to the United States of America, and all right, title, claim and interest to the Defendant Dogs by Eric Moore and Sandra Faye Moore, their heirs, successors and assigns, and all other persons and entities are forever barred from asserting a claim against the Defendant Dogs. This case stands closed.

_____
HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

February 15, 2023
Date

John E. Triplett, Clerk

_____
(By) Deputy Clerk